ORIGINAL SEALED

FILED-USDC-NDTX-DA
'26 MAR 25 PM2:22
KM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| TAG GILKESON a/k/a Thomas Allen Gilkeson | 3-26CR-150-L |

INDICTMENT

The Grand Jury Charges:

At all times material to this Indictment:

General Allegations

1. From in or around January 2018, through on or about September 12, 2025, Jesse Michael McCormack was employed at Tag & Associates L.L.C., an architecture business owned and operated by **Tag Gilkeson** and located in Carrollton, Texas.

2. On or about September 10, 2025, Federal Bureau of Investigation ("FBI") agents served an electronic device search warrant on Jesse Michael McCormack at Tag & Associates. The warrant authorized the FBI to seize "[a]ll records on the [electronic device]…that relate to violations of 18 U.S.C. §§ 2251(a)(Sexual Exploitation of Minors); 2252A(a)(1) and (2) (Transportation and Distribution of Child Pornography); [and] 2422(a) (Coercion and Enticement)," and indicated this authority on the face of the warrant.

3. While serving the warrant, FBI agents told **Tag Gilkeson** that there was a pending federal investigation involving Jesse Michael McCormack. That same day,

McCormack purchased a pre-paid cellphone.

4. On or about September 11, 2025, **Tag Gilkeson** accompanied Jesse Michael McCormack to meet with an attorney. During that meeting, **Gilkeson** learned that McCormack could face federal criminal charges for downloading child pornography.

5. On or about September 16, 2025, **Tag Gilkeson** paid $7,759 to Jesse Michael McCormack.

6. On or about September 17, 2025, Jesse Michael McCormack fled the Northern District of Texas. That same day, **Tag Gilkeson** purchased a hotel room in Harlingen, Texas for McCormack.

7. On or about September 29, 2025, Jesse Michael McCormack boarded a cruise in Fort Lauderdale, Florida. McCormack returned to Fort Lauderdale on or about October 3, 2025.

8. On or about October 8, 2025, Jesse Michael McCormack signed a lease at an apartment in Rock Springs, Wyoming.

9. On or about October 20, 2025, **Tag Gilkeson** received an email from Jesse Michael McCormack. Thereafter, **Gilkeson** and McCormack engaged in an email exchange spanning several days in which **Gilkeson** made the following statements to McCormack:

a. "You need to start thinking long term. Really long term and you need to start being way more bold. Tourist only zone? Who cares. I mean your other option is 3 meals a day at a designated time. I've given you 3 opportunities now and you haven't taken any of them."

b. "I take responsibility for this. I should have explained exactly how Cruises work. They dock at a location. You exit off the ship (in the tourist line) and are told to be back at a certain time. Its called excursions. Anyone and everyone can exit the boat. It is zero big deal. None. No one cares. They check your paperwork. Document that you are one of the names so that they can check you back in when you come back aboard and then you go do your excursion. You just weren't supposed to get back on."

c. "You need to find another cruise and try it again. Or learn to fly a plane. Or get on a boat. Or swim. Or burrow your way underground. Stop playing things by the book. Risk everything because EVERYTHING IS AT RISK."

d. "Our agreement was that I would hire you once you were settled out of the country."

10. On or about October 24, 2025, Jesse Michael McCormack was charged by criminal complaint for Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), and a warrant was issued for his arrest.

11. On or about October 28, 2025, Jesse Michael McCormack sent a W-9 and a direct deposit form to **Tag Gilkeson**, at **Gilkeson's** request. The W-9 and direct deposit forms were for a company named Standard Floorplans.

12. Later that day, FBI agents showed **Tag Gilkeson** a copy of the warrant for Jesse Michael McCormack's arrest. **Gilkeson** denied having any contact with McCormack since September 25, 2025.

13. On or about November 6, 2025, Jesse Michael McCormack was arrested in Rock Springs, Wyoming.

14. On or about December 2, 2025, Jesse Michael McCormack was charged by indictment for one count of Sexual Exploitation of a Minor, in violation of 18 U.S.C. §§ 2251(a) and (e), and one count of Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

Count One
Accessory After the Fact
(Violation of 18 U.S.C. § 3)

From on or about September 10, 2025, through on or about November 6, 2025, in the Northern District of Texas, the defendant, **Tag Gilkeson**, knowing that an offense against the United States had been committed, to wit, receipt of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), did receive, relieve, comfort, and assist the offender, Jesse Michael McCormack, in order to hinder and prevent the offender's apprehension, trial, and punishment.

In violation of 18 U.S.C. § 3.

A TRUE BILL.

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

MADELEINE S. CASE
Assistant United States Attorney
Texas Bar No. 24125166
1100 Commerce St., Suite 300
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
Madeleine.Case@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

TAG GILKESON

---

SEALED INDICTMENT

18 U.S.C. § 3
Accessory After the Fact
(Count 1)

1 Count

---

A true bill rendered

---

DALLAS FOREPERSON

Filed in open court this 25 day of March, 2025.

---

**Warrant to be Issued**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending